PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Roland P. Biagas, Jr.　　　　　　　　　　Docket No. 5:10-MJ-1763-1

### Amended Petition for Action on Conditions of Pretrial Release

COMES NOW Debbie W. Starling, probation officer of the court, presenting an official report upon the conduct of defendant, Roland P. Biagas, Jr. who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Fayetteville, NC, on the 5th day of October, 2010, under the following conditions:

- Report to the probation office or supervising officer as directed.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

On January 28, 2011, a Violation Report was submitted to the Court as a result of the defendant being charged with traffic offenses and failing to notify the probation officer as required. His supervision was continued. On March 7, 2011, a Violation Report was submitted to the Court advising that the defendant was cited for Disorderly Conduct at the V.A. Medical Center where he is employed. The matter remains pending and the defendant was continued on supervision.

Roland P. Biagas, Jr.
Docket No. 5:10-MJ-1763-1
Amended Petition For Action
Page 2

On May 18, 2011, a Petition for Action was submitted to the Court citing the defendant with consuming alcohol and failing to comply with treatment. A bond revocation hearing is scheduled for June 8, 2011, at 10 a.m. in Fayetteville, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Subsequent to the filing of the Petition for Action on May 18, 2011, the defendant was charged in Cumberland County, North Carolina, on June 1, 2011, with Fictitious/Altered Title/Registration Card/Tag and Drive/Allow Motor Vehicle No Registration (11CR 718719). The defendant reported this incident to the probation officer, and has advised he now has his vehicle properly registered. The matter remains pending in Cumberland County District Court.

**PRAYING THAT THE COURT WILL ORDER** a violation hearing to be held on June 8, 2011, as previously scheduled in Fayetteville, North Carolina, to determine if his bond should be revoked.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton | /s/Debbie W. Starling |
| Robert L. Thornton | Debbie W. Starling |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 Dick Street |
| | Fayetteville, NC 28301-5730 |
| | Phone: (910) 483-8613 |
| | Executed On: June 7, 2011 |

### ORDER OF COURT

Considered and ordered this 7 day of June, 2011, and ordered filed and made a part of the records in the above case.

_____
Robert B. Jones, Jr.
U.S. Magistrate Judge